



GOVERNMENT
EXHIBIT

**2**



GOVERNMENT
EXHIBIT

3



GOVERNMENT
EXHIBIT

4



GOVERNMENT
EXHIBIT

5



GOVERNMENT
EXHIBIT
6



GOVERNMENT
EXHIBIT

7



GOVERNMENT
EXHIBIT
8

GOVERNMENT
EXHIBIT

9



GOVERNMENT
EXHIBIT

10



GOVERNMENT
EXHIBIT
11

GOVERNMENT
EXHIBIT

12



GOVERNMENT
EXHIBIT
13



GOVERNMENT
EXHIBIT
14



GOVERNMENT
EXHIBIT

15





GOVERNMENT
EXHIBIT
17



GOVERNMENT
EXHIBIT

18



GOVERNMENT
EXHIBIT

19